**Order entered November 20, 2020**



In The
## Court of Appeals
## Fifth District of Texas at Dallas

No. 05-20-00456-CV

**GAREN KEITH WYATT, Appellant**

**V.**

**TURBO RESTAURANTS, LLC, Appellee**

**On Appeal from the 160th Judicial District Court**
**Dallas County, Texas**
**Trial Court Cause No. DC-17-00019**

## ORDER

Before the Court is appellant's November 18, 2020 unopposed second motion for an extension of time to file his brief on the merits. We **GRANT** the motion and extend the time to **December 21, 2020**. We caution appellant that a further extension request will be disfavored.

/s/     ERIN A. NOWELL
        JUSTICE